JESSE S. FINLAYSON, SBN 179443
jfinlayson@ftrlfirm.com
**FINLAYSON TOFFER ROOSEVELT & LILLY LLP**
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Telephone: 949.759.3810
Facsimile: 949.759.3812

Attorneys for Plaintiff
FRONTIER HOMES, LLC

FILED & ENTERED

DEC 28 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOE PAUL DiBENEDETTO,<br>aka JOSEPH P DiBENEDETTO<br>aw JALX INC. dba CREME DE LA CREME BAKERY,<br><br>Debtor.<br><br>FRONTIER HOMES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOE PAUL DiBENEDETTO, aka JOSEPH P. DiBENEDETTO, an individual,<br><br>Defendant. | Case No. 6:15-bk-16487-MJ<br><br>Chapter 7<br><br>Adv. Proc. No. 6:15-ap-01272-MJ<br><br>**JUDGMENT AGAINST DEFENDANT JOE PAUL DIBENEDETTO, AKA JOSEPH P DIBENEDETTO IN FAVOR OF PLAINTIFF FRONTIER HOMES, LLC** |

Based on (a) the Court's Order dated July 25, 2016 [Dk. No. 43] granting, in part, Plaintiff Frontier Homes, LLC's ("Frontier") Motion for Summary Judgment against Defendant Joe Paul DiBenedetto, aka Joseph P. DiBenedetto (the "Debtor") and (b) the Court's Order dated November 9, 2016 [Dk. No. 51] denying Frontier's Motion for Leave to Amend the Complaint:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Debtor's liability for the actual and punitive damages totaling $135,00.00 awarded to Frontier on its malicious defamation cause of action under the state court judgment entered on April 14, 2008 in San Bernardino Superior Court Case No. RCVRS092796 and attached hereto as Exhibit A (the "State Court Judgment"), plus all post-petition interest on those damages as permitted by applicable state law, is non-dischargeable under section 523 of title 11 of the United States Code and is hereby excepted from the Order of Discharge – Chapter 7 entered in the above-captioned bankruptcy case on November 5, 2015 as Docket No. 13.  All remaining amounts due by the Debtor to Frontier under the State Court Judgment are discharged.

2. Frontier may enforce and collect upon the non-dischargeable potion of the State Court Judgment by any means permitted by applicable law.

# # #

Date: December 28, 2016

Meredith A. Jury
United States Bankruptcy Judge

# EXHIBIT A

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ERIC J. AMDURSKY (S.B. #180288)<br>KYM DAMRON-HSIAO (S.B. #240508)<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Fl.<br>Newport Beach, CA 92660-6429<br>Telephone: (949) 760-9600<br>Facsimile: (949) 823-6994<br>Email: kdamronhsiao@omm.com<br><br>Attorneys for Defendant<br>Frontier Homes, LLC | F I L E D<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>RANCHO CUCAMONGA DISTRICT<br><br>APR 14 2008<br><br>BY _____ DEPUTY |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| Joe DiBenedetto,<br><br>            Plaintiff,<br><br>    v.<br><br>Frontier Homes, LLC, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. RCV 092796<br><br>[~~PROPOSED~~] ORDER GRANTING THE PETITION TO CONFIRM THE ARBITRATOR'S FINAL AWARD AND ENTERING JUDGMENT IN CONFORMITY THEREWITH<br><br>Hearing Date: April 14, 2008<br>Time: 8:30 a.m.<br>Dept.: R12<br><br>Complaint Filed: January 23, 2006<br>Judge: Ben T. Kayashima<br>Dept.: R12<br>Trial Date: None Set |
| Frontier Homes, LLC,<br><br>            Cross-Complainant,<br><br>    v.<br><br>Joe DiBenedetto,<br><br>            Cross-Defendant. | |

CASE NO. RCV 092796

[PROPOSED] ORDER CONFIRMING THE ARBITRATOR'S FINAL AWARD

1 | Pursuant to the California Code of Civil Procedure Section 1285, petitioner Frontier Homes, LLC ("Frontier Homes") hereby requests this Court confirm the Final Award (the "Award") issued by Hon. James K. Slater (Ret.), the undersigned arbitrator in this matter. Having carefully reviewed the motion papers and considered the arguments set forth in support and opposition thereto, IT IS HEREBY ORDERED that the Petition to Confirm Final Arbitration Award and Entry of Judgment is granted. The Court orders as follows:

1. Pursuant to California Code of Civil Procedure Section 1285, the Final Arbitration Award in the matter re: *DiBenedetto v. Frontier Homes, LLC,* 72 166 00817 06 is CONFIRMED.

2. The complaint filed by Joe DiBenedetto on January 23, 2006, case number RCV 092796, is DISMISSED with prejudice.

3. Petitioner Frontier Homes, LLC shall be awarded costs and disbursements in this proceeding.

4. Judgment be entered in favor of Frontier Homes and against Joe DiBenedetto, with respect to Frontier Homes' cause of action for defamation, as follows:

    a. Joe DiBenedetto is ordered to pay Frontier Homes an amount of Fifteen Thousand Dollars ($15,000) in actual damages and One Hundred Twenty Thousand Dollars ($120,000) in punitive damages.

    b. Joe DiBenedetto is ordered to pay Frontier Homes a post-award interest rate of 10% per annum from September 18, 2007.

//
//
//
//
//
//
//

    c. Joe DiBenedetto is ordered to pay Frontier Homes an amount of Three Hundred Seventeen Thousand Two Hundred Fifty-Five Dollars ($317,255) in attorneys' fees and Ten Thousand Ninety-Six Dollars ($10,096) in costs.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

APR 14 2008

_____
Hon. Ben T. Kayashima
Judge of the Superior Court

NB1:738779.1

---

3    CASE NO. RCV 092796

[PROPOSED] ORDER CONFIRMING THE ARBITRATOR'S FINAL AWARD