United States Bankruptcy Court
Central District of California

Frontier Homes, LLC,
          Plaintiff

                                                            Adv. Proc. No. 15-01272-MJ

DiBenedetto,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin          Page 1 of 1          Date Rcvd: Dec 28, 2016
                             Form ID: pdf031       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
dft            +Joe Paul DiBenedetto,   17130 Van Buren Blvd, #114,   Riverside, CA 92504-5905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla             Frontier Homes, LLC
                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
          Jesse S Finlayson    on behalf of Plaintiff   Frontier Homes, LLC jfinlayson@ftrlfirm.com,
           bmendoza@ftrlfirm.com
          Steven M Speier (TR)    lmorvant@glassratner.com,  sms@trustesolutions.net
          United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                 TOTAL: 3

1  JESSE S. FINLAYSON, SBN 179443
2  *jfinlayson@ftrlfirm.com*
   **FINLAYSON TOFFER**
3  **ROOSEVELT & LILLY LLP**
   15615 Alton Parkway, Suite 250
4  Irvine, CA 92618
   Telephone:  949.759.3810
5  Facsimile:   949.759.3812

6  Attorneys for Plaintiff
7  FRONTIER HOMES, LLC

FILED & ENTERED

DEC 28 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

| | |
|---|---|
| 11  In re | Case No. 6:15-bk-16487-MJ |
| 12  JOE PAUL DiBENEDETTO,<br>aka JOSEPH P DiBENEDETTO | Chapter 7 |
| 13  aw JALX INC. dba CREME DE LA<br>CREME BAKERY, | Adv. Proc. No. 6:15-ap-01272-MJ |
| 14 | **JUDGMENT AGAINST DEFENDANT**<br>**JOE PAUL DIBENEDETTO, AKA** |
| 15  Debtor. | **JOSEPH P DIBENEDETTO IN**<br>**FAVOR OF PLAINTIFF FRONTIER**<br>**HOMES, LLC** |
| 16  FRONTIER HOMES, LLC, a California | |
| 17  limited liability company, | |
| 18          Plaintiff, | |
| 19  v. | |
| 20  JOE PAUL DiBENEDETTO,<br>aka JOSEPH P. DiBENEDETTO, an | |
| 21  individual, | |
| 22          Defendant. | |

23

24

25

26

27

28

Based on (a) the Court's Order dated July 25, 2016 [Dk. No. 43] granting, in part, Plaintiff Frontier Homes, LLC's ("Frontier") Motion for Summary Judgment against Defendant Joe Paul DiBenedetto, aka Joseph P. DiBenedetto (the "Debtor") and (b) the Court's Order dated November 9, 2016 [Dk. No. 51] denying Frontier's Motion for Leave to Amend the Complaint:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.      The Debtor's liability for the actual and punitive damages totaling $135,00.00 awarded to Frontier on its malicious defamation cause of action under the state court judgment entered on April 14, 2008 in San Bernardino Superior Court Case No. RCVRS092796 and attached hereto as Exhibit A (the "State Court Judgment"), plus all post-petition interest on those damages as permitted by applicable state law, is non-dischargeable under section 523 of title 11 of the United States Code and is hereby excepted from the Order of Discharge – Chapter 7 entered in the above-captioned bankruptcy case on November 5, 2015 as Docket No. 13.  All remaining amounts due by the Debtor to Frontier under the State Court Judgment are discharged.

2.      Frontier may enforce and collect upon the non-dischargeable potion of the State Court Judgment by any means permitted by applicable law.

# # #

Date: December 28, 2016

Meredith A. Jury
United States Bankruptcy Judge

# EXHIBIT A

1  **ERIC J. AMDURSKY (S.B. #180288)**
   **KYM DAMRON-HSIAO (S.B. #240508)**
2  **O'MELVENY & MYERS LLP**
   610 Newport Center Drive, 17th Fl.
3  Newport Beach, CA 92660-6429
   Telephone:    (949) 760-9600
4  Facsimile:    (949) 823-6994
   Email: kdamronhsiao@omm.com
5
   Attorneys for Defendant
6  Frontier Homes, LLC

**F I L E D**
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

APR 1 4 2008

BY _Luann Leesink_
                    DEPUTY

7

8            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF SAN BERNARDINO**

10

11

12  Joe DiBenedetto,                      Case No. RCV 092796

13                    Plaintiff,          **[PROPOSED] ORDER GRANTING THE**
                                          **PETITION TO CONFIRM THE**
14       v.                               **ARBITRATOR'S FINAL AWARD AND**
                                          **ENTERING JUDGMENT IN**
15  Frontier Homes, LLC, and DOES 1       **CONFORMITY THEREWITH**
    through 10, inclusive,
16                                        Hearing Date:    April 14, 2008
                    Defendants.          Time:            8:30 a.m.
17                                        Dept.:           R12

18                                        Complaint Filed: January 23, 2006
                                          Judge:           Ben T. Kayashima
19                                        Dept.:           R12
                                          Trial Date:      None Set
20

21  Frontier Homes, LLC,

22                    Cross-Complainant,

23       v.

24  Joe DiBenedetto,

25                    Cross-Defendant.

26

27

28

                                          CASE NO. RCV 092796

        [PROPOSED] ORDER CONFIRMING THE ARBITRATOR'S FINAL AWARD

1    Pursuant to the California Code of Civil Procedure Section 1285, petitioner

2  Frontier Homes, LLC ("Frontier Homes") hereby requests this Court confirm the Final Award

3  (the "Award") issued by Hon. James K. Slater (Ret.), the undersigned arbitrator in this matter.

4  Having carefully reviewed the motion papers and considered the arguments set forth in support

5  and opposition thereto, IT IS HEREBY ORDERED that the Petition to Confirm Final Arbitration

6  Award and Entry of Judgment is granted.  The Court orders as follows:

7    1.  Pursuant to California Code of Civil Procedure Section 1285, the Final

8    Arbitration Award in the matter re: *DiBenedetto v. Frontier Homes, LLC*, 72

9    166 00817 06 is CONFIRMED.

10    2.  The complaint filed by Joe DiBenedetto on January 23, 2006, case number

11    RCV 092796, is DISMISSED with prejudice.

12    3.  Petitioner Frontier Homes, LLC shall be awarded costs and disbursements in

13    this proceeding.

14    4.  Judgment be entered in favor of Frontier Homes and against Joe DiBenedetto,

15    with respect to Frontier Homes' cause of action for defamation, as follows:

16    a.  Joe DiBenedetto is ordered to pay Frontier Homes an amount of

17    Fifteen Thousand Dollars ($15,000) in actual damages and One

18    Hundred Twenty Thousand Dollars ($120,000) in punitive

19    damages.

20    b.  Joe DiBenedetto is ordered to pay Frontier Homes a post-award

21    interest rate of 10% per annum from September 18, 2007.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

2

CASE NO. RCV 092796

[PROPOSED] ORDER CONFIRMING THE ARBITRATOR'S FINAL AWARD

c.   Joe DiBenedetto is ordered to pay Frontier Homes an amount of

Three Hundred Seventeen Thousand Two Hundred Fifty-Five

Dollars ($317,255) in attorneys' fees and Ten Thousand Ninety-

Six Dollars ($10,096) in costs.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

APR 1 4 2008

_____
Hon. Ben T. Kayashima
Judge of the Superior Court

NB1:738779.1

3                                    CASE NO. RCV 092796

[PROPOSED] ORDER CONFIRMING THE ARBITRATOR'S FINAL AWARD